United States District Court
Southern District of Texas
**ENTERED**
October 19, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LONNETTE SELLERS, *Plaintiff,* | § § § | |
| vs. | § § § § | Civil Action No. 4:21-CV-03589 |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, *Defendant.* | § § § § § § | |

# ORDER

Plaintiff's Enlargement of Time to file her response to Defendant's Motion for Summary Judgment is granted.

It is ordered that Plaintiff's Response to Defendant's Motion for Summary Judgment shall be filed on or before October 25, 2022.

DATE: October 19, 2022

_____
Sam Sheldon
United States Magistrate Judge

1